IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL ORTIZ | : CIVIL ACTION |
| v. | : |
| CURRAN-FROMHOLD CORRECTIONAL FACILITY | : NO. 10-3656 |

## ORDER

**AND NOW**, this 28th day of July, 2010, upon consideration of the Application for Prisoner to Proceed in District Court Without Prepaying Fees or Costs (Document No. 1), it is **ORDERED** as follows:

1. The petition is **DENIED WITHOUT PREJUDICE**;

2. If petitioner files with the Clerk within twenty (20) days from the date of this Order a certified copy of his inmate trust fund account statement for the six-month period preceding the filing of his complaint and obligates himself to pay the $350 filing fee, this action will be reinstated; and

3. The Clerk of Court shall **CLOSE** this action.

_____
TIMOTHY J. SAVAGE, J.